UNITED STATES of America,
Plaintiff–Appellee,

v.

**Rudolph Ali CHAMBLEE,
Defendant–Appellant.**

No. 01–7626.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 17, 2002.

Decided Jan. 29, 2002.

Rudolph Ali Chamblee, Pro Se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Rudolph Ali Chamblee seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Chamblee,* Nos. CR–96–140; CA–01–466 (E.D. Va. filed July 11, 2001; entered July 12, 2001). We dispense with oral argument because

the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*